IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| DIMITAR PETLECHKOV, | * |
| Plaintiff, | * |
| v. | Case No. 7:24-cv-88 (WLS) |
| | * |
| UNITED STATES OF AMERICA, | |
| | * |
| Defendant. | |
| _____ | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated February 11, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 11th day of February, 2025.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk